**DAVID J. DOYAGA SR.**
**UNITED STATES BANKRUPTCY TRUSTEE**
**26 COURT STREET**
**SUITE 1002**
**BROOKLYN, NEW YORK 11242**
**(718) 488-7500**
**(718) 709-8854 FAX**

November 11, 2014

Clerk of US Bankruptcy Court EDNY
U.S. Bankruptcy Court
271 Cadman Plaza East
Brooklyn, NY   11201

                Re:   HAMILTON, HERBERT
                Bankruptcy Case:114-44722 CEC

Dear Clerk:

      This letter is to inform the court that I have no opposition to the Order to Show Cause docket number 15.

                Sincerely,
                S/ *David J. Doyaga Sr.*
                David J. Doyaga Sr.
                United States Bankruptcy Trustee